**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KARL D. CHROMY, | No. 09-36052 |
| Plaintiff - Appellant, | D.C. No. 3:08-cv-00380-HA |
| v. | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Oregon
Ancer L. Haggerty, District Judge, Presiding

Submitted May 24, 2011[**]

Before:     PREGERSON, THOMAS, and PAEZ, Circuit Judges.

    Karl D. Chromy appeals pro se from the district court's judgment dismissing

his action seeking review of a final decision by the Commissioner of the Social

Security Administration denying his objection to the appointment of Integrity Plus,

---

    [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

RPP, as his representative payee responsible for oversight of his disability benefits. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's decision on mootness. *Sample v. Johnson*, 771 F.2d 1335, 1338 (9th Cir. 1985). We affirm.

The district court properly dismissed this action because it was rendered moot when Integrity Plus resigned its appointment as Chromy's payee. *See id*. ("A moot action is one where the issues are no longer live . . . .").

Chromy's remaining contentions, including those concerning discovery and service of the motion to dismiss, are unavailing.

**AFFIRMED.**